UNITED STATES DISTRICT COURT
SECOND DIVISION
DISTRICT OF MINNESOTA

Kremer & Davis, Inc.,                                  Court File No. _____

      Plaintiff,

vs.                                        **NOTICE FOR REMOVAL**

Midwest Family Mutual Insurance Company,

      Defendant.

TO:    THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA:

Petitioner\Defendant respectfully shows and alleges the following in support of its Petition for Removal.

1. Petitioner is the Defendant in an action commenced against it in Hennepin County District Court entitled <u>Kremer & Davis, Inc. v. Midwest Family Mutual Insurance Company</u>. A true and correct copy of the Summons and Complaint served upon petitioner is attached as **Exhibit "A"**. No further proceedings have taken place in the state action.

2. Plaintiff, Kremer & Davis, Inc., is and was at all relevant times a citizen and incorporated in the State of Minnesota with its principal place of business in the State of Minnesota.

3. Petitioner\Defendant Midwest Family Mutual Insurance Company is and at all relevant times was a citizen and incorporated in the State of Iowa with its principal place of business in the State of Iowa.

4. Complete diversity exists among the parties to this action and the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

5. Based upon the foregoing, this Court has original jurisdiction for this matter pursuant to 28 U.S.C. § 1332, and the entire matter is one which may be removed to this Court pursuant to 28 U.S.C. § 1441.

6. The Summons and Complaint in the state action was served on Defendant on or about September 9, 2021, and Petitioner\Defendant has filed this Notice to Remove within thirty (30) days after service of the Summons and Complaint.

WHEREFORE, Petitioner\Defendant prays that the state action pending against them be removed to this Court.

Dated:   October 5, 2021.

LIND JENSEN SULLIVAN & PETERSON,
A PROFESSIONAL ASSOCIATION

By:   s/Matthew D. Sloneker
Brian A. Wood (#141690)
Matthew D. Sloneker (#0338953)
Attorneys for Defendant Midwest Family Mutual Insurance Company
1300 AT&T Tower
901 Marquette Avenue South
Minneapolis, MN 55402
(612) 333-3637
Brian.wood@lindjensen.com
Matt.sloneker@lindjensen.com