UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| KREMER & DAVIS, INC., | Civil No. 21-2180 (JRT/DTS) |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| MIDWEST FAMILY MUTUAL INSURANCE COMPANY, | |
| Defendant. | |

Christopher H Yetka, **LARKIN HOFFMAN DALY & LINDGREN, LTD.,** 8300 Norman Center Drive, Suite 1000, Minneapolis, MN 55437, for plaintiff.

Brian A Wood, **LIND JENSEN SULLIVAN & PETERSON, PA,** 901 Marquette Avenue South, Suite 1300, Minneapolis, MN 55402, for defendants.

The parties have stipulated to dismissal of this case with prejudice. [Docket No. 7]

Based on a review of the file, record, and proceedings herein, **IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE**, each party to bear its own costs, disbursements, and attorney's fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: July 6, 2022
at Minneapolis, Minnesota.

                                                         s/John R. Tunheim
                                                     JOHN R. TUNHEIM
                                                     Chief Judge
                                                     United States District Court